IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LUCIEN J. TUJAGUE, JR.,

    Plaintiff,

v.

Civil Action 2:18-cv-01125
Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

JASON ELBERT ADKINS, *et al.*,

    Defendants.

## ORDER

For the following reasons, the Court **REFERS** this action to the United States Bankruptcy Court for the Southern District of Ohio Eastern Division at the Columbus location.

In its Memorandum Opinion and Order (ECF No. 29), the United States District Court in the Eastern District of Texas Sherman Division severed Plaintiff Tujague's fraudulent transfer claims and transferred this case to the Southern District of Ohio with instructions to refer the matter to the Bankruptcy Court. The Texas Court found that the Plaintiff has brought a core bankruptcy proceeding with respect to his fraudulent transfer claims.[1]

---

[1] A "core" proceeding may include, but is not limited to, "proceedings to determine, avoid, or recover fraudulent conveyances," among "other proceedings affecting the liquidation of assets of the estate or the adjustment of the debtor-creditor or the equity security holder relationship. . . ." 28 U.S.C. § 157(b)(2).

Based on the Order and pursuant to 28 U.S.C. § 157(a) and this Court's Standing Order, MS-1-84-152, the Court **REFERS** this action to the United States Bankruptcy Court for the Southern District of Ohio Eastern Division at the Columbus location.[2]

**IT IS SO ORDERED.**


Date: September 28, 2018 /s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE

---

[2] While this Court has no authority to consolidate matters in the Bankruptcy Court, the Court notes that this case is related to and involves the estate of *Landash Corporation*, Case No. 2:2018-BK-50300.